IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HANK BEASLEY, | § § § § | |
| *Plaintiff*, | § § | NO. __24-662__ |
| VS. | § § | |
| AMAZON.COM, INC., AMAZON.COM SERVICES LLC, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., SHENZHEN HAILIANHUA TECHNOLOGY DEVELOPMENT CO., | § § § § § § § | |
| *Defendants*. | § § | |

## INDEX OF EXHIBITS IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

| **EXHIBIT A:** | **AN INDEX OF MATTERS BEING FILED.** | |
|---|---|---|
| | A | An index of all documents that identifies each document and indicates the date the document was filed in state court; |
| **EXHIBIT B:** | **ALL EXECUTED PROCESS IN THIS CASE.** | |
| | B-1 | Letter to the Clerk to Issue the Citations |
| | B-2 | Citation to Amazon.com, Services, LLC., through its registered agent |
| | B-3 | Citation to Sedgwick Claims Management Services, Inc., through its registered agent |
| | B-4 | Certified Mail Receipt to Sedgwick Claims Management Services, Inc |
| | B-5 | Certified Mail Receipt to Amazon.com Services, LLC |
| | B-6 | Return Receipt from Sedgwick Claims Management Services, Inc. |
| | B-7 | Return Receipt from Amazon.com Services, LLC |
| **EXHIBIT C:** | **ALL PLEADINGS & ANSWERS** | |
| | C-1 | Plaintiffs' Original Petition and Jury Demand |

**EXHIBIT**

**A**

1

2

| | C-2 | Plaintiffs' First Amended Petition and Jury Demand |
|---|---|---|
| **EXHIBIT D:** | | **ALL ORDERS SIGNED BY THE STATE JUDGE.** |
| **EXHIBIT E:** | | **THE DOCKET SHEET.** |
| **EXHIBIT F:** | | **LIST OF ALL COUNSEL OF RECORD, ADDRESSES, TELEPHONE NUMBERS, AND PARTIES REPRESENTED.** |
| **EXHIBIT G:** | | **AFFIDAVIT OF TEIA MOORE KELLY** |
| | G-1 | Docket Sheet Filings as of 02.23.2024 |
| | G-2 | TX SOS Records for Unserved Named Defendants |

2